UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

SHAREHOLDER REPRESENTATIVE
SERVICES LLC, suing on behalf of the former
shareholders of Oriel Therapeutics, Inc.

                       Plaintiff,

    -against-

SANDOZ INC., SANDOZ AG, SANDOZ
INTERNATIONAL GMBH, JEFF GEORGE, and
CHRISTINA ACKERMANN,

                       Defendants.

---------------------------------------------------------------- x

**ORDER**

12 Civ. 6154 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       As assigned presiding judge, I wish to confer with the parties about the status of the case and the sealing of documents. Accordingly, the parties are directed to appear before me in my courtroom on November 30, 2012, at 10am. Sealing will be confined to proprietary information that could result in prejudice if disseminated.

       SO ORDERED.

Dated:    November __, 2012
           New York, New York

                                                ALVIN K. HELLERSTEIN
                                                United States District Judge

1