UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHAREHOLDER REPRESENTATIVE SERVICES
LLC suing on its own behalf and on behalf of the
former shareholders of ORIEL THERAPEUTICS,
INC., in its capacity as Stockholders' Representative,
                             Plaintiff,

                -against-

SANDOZ INC., SANDOZ AG, SANDOZ
INTERNATIONAL GmbH, JEFF GEORGE, and
CHRISTINA ACKERMAN,
                            Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/2013

12 CIVIL 6154 (DLC)

**JUDGMENT**

      Whereas each of the defendants having moved to dismiss Shareholder Representative Services ("SRS") complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), and the matter having come before the Honorable Denise L. Cote, United States District Judge, and the Court, on August 7, 2013, having rendered its Opinion and Order granting the defendants' March 27 motions to dismiss the complaint and dismissing the Complaint without prejudice, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 7, 2013, the defendants' March 27 motions to dismiss the Complaint are granted and the complaint is dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
         August 8, 2013

                                                 RUBY J. KRAJICK
                                                   Clerk of Court
                                         BY:
                                                     Deputy Clerk

                                          THIS DOCUMENT WAS ENTERED
                                          ON THE DOCKET ON _____